UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANILA PODANA,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF CALIFORNIA,<br><br>　　　　　　　Respondent. | No.  2:20-cv-2211 KJN P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, requested that this action be dismissed. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, petitioner's request shall be honored.

　　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

Dated:  November 30, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/poda2211.159